JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Desert Trailer Systems, Inc.**, | Case No. SACV 17-00412 AG (DFMx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **Twenty6 Letters Corp. and Timothy M. Childress**, | |
| Defendants. | |

The Court enters judgment for Plaintiff and against Defendants in the amount of $146,124.36, plus post-judgment interest at the statutory rate.

Dated August 4, 2017

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT